## RAY *v.* THE STATE.

LUMPKIN, P. J. There was no error of law, and the evidence warranted the verdict.　　*Judgment affirmed. All the Justices concurring.*

Argued July 5, — Decided July 19, 1898,

Indictment for buying seed-cotton. Before Judge Reese.. Hart superior court. March term, 1898.

*Asbury G. McCurry,* for plaintiff in error.
*Robert H. Lewis, solicitor-general,* contra.